**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 14-23062-CIV-SEITZ

RAINER CORTES, *et al.*,

    Plaintiffs,

v.

FLORIDA TURNPIKE SERVICES, LLC,

    Defendant.

_____/

**ORDER DENYING MOTION TO DISMISS**

This matter is before the Court on Defendant's motion to dismiss, which argues that the Amended Complaint should be dismissed because "Plaintiffs failed to file a consent to join for Alfredo Perez." [DE-11.] Plaintiffs did file such a consent. [DE-8-1.] Accordingly, it is

    ORDERED that

    Defendant's motion to dismiss [DE-11] is DENIED.

    DONE AND ORDERED in Miami, Florida, this 7 day of October 2014.

*/s/ Patricia A. Seitz*
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record