UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-23062-CIV-PAS

RAINIER CORTES,                                    )
FELIX PEREZ JR.,                                   )
RONALD ALEGRIA,                                    )
SERGIO BELLO,                                      )
CONRAD GARCIA,                                     )
PAUL VREONES,                                      )
ALFREDO PEREZ, and all others similarly            )
situated under 29 U.S.C. 216(B),                   )
                                                   )
                    Plaintiffs,              )
    vs.                                            )
                                                   )
FLORIDA TURNPIKE SERVICES LLC,                     )
                                                   )
                Defendant.                 )
_____ )

## STATEMENT OF CLAIM

Rainier Cortes
Period Claimed: 156 weeks (8/19/2011-Present)
Time and a half rate owed:  $22.12
Damages including liquidated damages:  2 X 22.12 X 156 = $6,901.44 X 2 = $13,802.88

Felix Perez Jr.
Period Claimed:  156 Weeks (8/19/2011-Present)
Time and a half rate owed:  $22.12
Damages including liquidated damages:  2 X 22.12 X 156 = $6,901.44 X 2 = $13,802.88

Ronald Alegria
Period Claimed: 134 weeks (8/19/2011-3/18/14)
Time and a half rate owed:  $22.12
Damages including liquidated damages:  2 X 22.12 X 134 = $5,928.16 X 2 = $11,856.32

Sergio Bello
Period Claimed: 47 Weeks (6/1/12-5/1/13)
Time and a half rate owed:  $21.30
Damages including liquidated damages: 2 X 21.30 X 47 = $2,002.20 X 2 = $4,004.40

Conrad Garcia
Period Claimed: 144 Weeks (11/2/11-8/8/14)
Time and a Half Rate owed: $22.12

Damages including liquidated damages: 2 X 22.12 X 144 = $6,370.56 X 2 = $12,741.12

Paul Vreones
Period Claimed: 142 weeks (8/19/11-5/10/14)
Time and a half rate owed: $22.05
Damages including liquidated damages:  $6,262.20 X 2 = $12,524.40

Alfredo Perez:
Period Claimed: 48 weeks (9/9/11-8/9/12)
Time and a half rate owed: $20.92
Damages including liquidated damages: $2,008.32 X 2 = $4,016.64

**TOTAL: $72,748.64 plus attorneys fees and costs**

Respectfully submitted,

> David Markel, Esq.
> The Markel Law Firm
> Attorney for Plaintiff
> 3191 Grand Avenue #1531
> Miami, Florida 33133
> Tel: (305) 458-1282
> Fax: 1-(800) 407-1718
> Email: David.Markel@markel-law.com
>
> By:__/s/ David Markel_____
>   David Markel, Esq.
>    Florida Bar Number: 78306

## <u>CERTIFICATE OF SERVICE:</u>

I hereby certify that a true and correct copy of the foregoing was filed and served via

CM/ECF on this 8th day of October, 2014:

Jennifer Ator, Esq.
Jennifer J Ator, PA
36 Palmetto Drive
Miami Springs, Florida 33166
O. 305-863-8525
F. 305-863-8535
C. 305-586-6322
jennifer@jenniferator.com

> By:/s/David Markel
> David Markel, Esq.
> Florida Bar No. 78306